**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOSEPH PARKS,**

                              **Plaintiff,**

                                                                  **9:08-CV-0586**
            **v.**                                                **(TJM/GHL)**


**JOSEPH T. SMITH, _et al._,**

                              **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


### DECISION & ORDER

## I.      INTRODUCTION

        This _pro se_ action brought pursuant to 42 U.S.C. § 1983 was referred by this Court

to the Hon. George H. Lowe, United States Magistrate Judge, for a Report and

Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c).  In his

March 29, 2011 Report-Recommendation, Magistrate Judge Lowe recommended that

Defendants' motion for summary judgment (Dkt. No. 51) be granted.  Plaintiff has filed

objections to this recommendation.

## II.     STANDARD OF REVIEW

        When objections to a magistrate judge's report and recommendation are lodged,

the district court makes a "_de novo_ determination of those portions of the report or

specified proposed findings or recommendations to which objection is made."  See 28

1

U.S.C. § 636(b)(1)(C).   General or conclusory objections, or objections which merely

recite the same arguments presented to the magistrate judge, are reviewed for clear error.

Farid v. Bouey, 554 F. Supp. 2d 301, 306 n.2 (N.D.N.Y. 2008); see Frankel v. N.Y.C.,

2009 WL 465645 at *2 (S.D.N.Y. Feb. 25, 2009).[1]  After reviewing the Report-

Recommendation, the Court may "accept, reject, or modify, in whole or in part, the findings

or recommendations made by the magistrate judge.  The judge may also receive further

evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. §

636(b)(1)(C).

## III.   DISCUSSION

Having reviewed *de novo* those portions of the Report-Recommendation that

Plaintiff has lodged objections to, the Court determines to adopt the recommendations for

the reasons stated in Magistrate Judge Lowe's thorough report.

## IV.   CONCLUSION

Therefore, the Court **ADOPTS** the recommendations made by Magistrate Judge

Lowe in their entirety.  Accordingly, it is hereby **ORDERED** that Defendants' motion for

summary judgment (Dkt. No. 51) is **GRANTED** and the remaining claims in this action are

---

[1] The Southern District wrote in Frankel:

The Court must make a *de novo* determination to the extent that a party makes specific objections to a magistrate's findings.  United States v. Male Juvenile, 121 F.3d 34, 38 (2d Cir.1997). When a party makes only conclusory or general objections, or simply reiterates the original arguments, the Court will review the report strictly for clear error.  See Pearson-Fraser v. Bell Atl., No. 01 Civ. 2343, 2003 WL 43367, at *1 (S.D.N.Y. Jan. 6, 2003); Camardo v. Gen. Motors Hourly-Rate Employees Pension Plan, 806 F.Supp. 380, 382 (W.D.N.Y.1992).  Similarly, "objections that are merely perfunctory responses argued in an attempt to engage the district court in a rehashing of the same arguments set forth in the original [papers] will not suffice to invoke de novo review."  Vega v. Artuz, No. 97 Civ. 3775, 2002 WL 31174466, at *1 (S.D.N.Y. Sept. 30, 2002).

2009 WL 465645, at *2.

**DISMISSED.**   The Clerk is instructed to enter judgment and close the file in this matter.


**IT IS SO ORDERED**

**Dated:September 9, 2011**



Thomas J. McAvoy
Senior, U.S. District Judge